No. 87–16. SHAPERO *v.* KENTUCKY BAR ASSN. Sup. Ct. Ky. [Certiorari granted, *ante,* p. 814.] Motions of The Academy of Florida Trial Lawyers and the Florida Bar for leave to file briefs as *amici curiae* granted.

No. 87–65. UNITED STATES *v.* PROVIDENCE JOURNAL CO. ET AL. C. A. 1st Cir. [Certiorari granted, *ante,* p. 814.] Motion of the Solicitor General for leave to file a brief as *amicus curiae* granted. Further consideration of motion of respondent to dismiss the writ of certiorari deferred to hearing of case on the merits. This case will be heard on oral argument January 20, 1988, in place of No. 86–1387, *Mackey et al.* v. *Lanier Collection Agency & Service, Inc.* [certiorari granted, 483 U. S. 1004].

No. 87–82. FEDERAL DEPOSIT INSURANCE CORPORATION *v.* MALLEN ET AL. D. C. N. D. Iowa. [Probable jurisdiction noted, *ante,* p. 911.] Motion of appellee James E. Mallen for leave to proceed further herein *in forma pauperis* granted.

No. 87–363. FEDERAL ENERGY REGULATORY COMMISSION *v.* MARTIN EXPLORATION MANAGEMENT CO. ET AL.; and

No. 87–364. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK ET AL. *v.* MARTIN EXPLORATION MANAGEMENT CO. ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 962.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 87–517. COE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioners for leave to file lower court orders under seal granted.

No. 87–600. VARIABLE ANNUITY LIFE INSURANCE CO. ET AL. *v.* OTTO. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 87–5096. WEST *v.* ATKINS. C. A. 4th Cir. [Certiorari granted, *ante,* p. 912.] Motion of American Public Health Association for leave to file a brief as *amicus curiae* granted.

No. 87–5461. HENSON *v.* EAST LINCOLN TOWNSHIP ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 923.] Motion of the parties to defer further proceedings granted for 60 days.